STATE v. TENCH

No. 171P01

Case below: 127 N.C. App. 210

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001. Justice Martin recused.

STATE v. WASHINGTON

No. 239P01

Case below: 142 N.C. App. 657

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 June 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

STATE v. WILSON

No. 199P01

Case below: 142 N.C. App. 392

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

TEW v. E.B. DAVIS ELEC. CO.

No. 135P01

Case below: 142 N.C. App. 120

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 May 2001. Conditional notice of appeal by defendant pursuant to G.S. 7A-30 (based upon a dissent) dismissed as moot 16 May 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 16 May 2001.

THOMPSON v. BRADLEY

No. 242P01

Case below: 142 N.C. App. 636

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.